IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

CIVIL ACTION NO. 7:19-CV-01904-HMH

| | |
|---|---|
| Hope Blackley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Spartanburg County, Terry O. Booker, | ) |
| Jeff Horton, David Britt, Katherine O'Neil, | ) |
| Mike Emory, Bob Walker, John N. McNamara, | ) |
| JMAC Environmental, LLC, and | ) |
| Asbestos Abatement Association, Inc. d/b/a | ) |
| AAA Environmental, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| John N. McNamara and | ) |
| JMAC Environmental, LLC, | ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Advanced Environmental Services, LLC | ) |
| d/b/a Carolina Air Care, and | ) |
| Carolina Air Care.com, LLC, | ) |
| f/k/a Advanced Environmental Services, LLC | ) |
| d/b/a Carolina Air Care, | ) |
| Environmental Holdings Group, LLC, | ) |
| MP Services, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**NOTICE OF SETTLEMENT OF THIRD-PARTY CLAIMS**

Defendants/Third-Party Plaintiffs John N. McNamara ("McNamara") and JMAC Environmental, LLC, ("JMAC") by and through their counsel, hereby give notice to

the Court that they have reached mutually agreeable settlements with third-party defendants Advanced Environmental Services, LLC d/b/a Carolina Air Care; Carolina Air Care.com, LLC, f/k/a Advanced Environmental Services, LLC d/b/a Carolina Air Care ("CAC"); Environmental Holdings Group, LLC ("EHG"); and MP Services, LLC, ("MP") in this action. These settlements will have no effect as to the principal claims or the other parties named in the above-captioned lawsuit. The settlements reached by McNamara, JMAC, CAC, EHG, and MP will resolve all third-party claims in this action. The parties are working diligently toward consummation of settlement through execution of settlement agreements, and anticipate full-execution of the settlement agreement within the next thirty (30) days, at which time these parties will file a Stipulation of Dismissal of all third-party claims in this action.

This the 14th day of September, 2020.

**GOLDBERG SEGALLA LLP**

/s/ David G. Harris II
David G. Harris II
S.C. Federal Bar No. 12039
Brady A. Yntema
N.C. State Bar No. 25771
701 Green Valley Road, Suite 310
Greensboro, NC  27408
Telephone:  336.419.4900
Facsimile:   336.419.4950
dharris@goldbergsegalla.com

*Attorneys for Defendants/ Third-party Plaintiffs John N. McNamara and JMAC Environmental, LLC*