IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

CIVIL ACTION NO. 7:19-CV-01904-HMH

| | |
|---|---|
| Hope Blackley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Spartanburg County, Terry O. Booker, | ) |
| Jeff Horton, David Britt, Katherine O'Neil, | ) |
| Mike Emory, Bob Walker, John N. McNamara, | ) |
| JMAC Environmental, LLC, and | ) |
| Asbestos Abatement Association, Inc. d/b/a | ) |
| AAA Environmental, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| John N. McNamara and | ) |
| JMAC Environmental, LLC, | ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Advanced Environmental Services, LLC | ) |
| d/b/a Carolina Air Care, and | ) |
| Carolina Air Care.com, LLC, | ) |
| f/k/a Advanced Environmental Services, LLC | ) |
| d/b/a Carolina Air Care, | ) |
| Environmental Holdings Group, LLC, | ) |
| MP Services, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**NOTICE OF SETTLEMENT OF CLAIMS
AGAINST DEFENDANTS McNAMARA AND JMAC**

Defendants John N. McNamara ("McNamara") and JMAC Environmental, LLC, ("JMAC") by and through their counsel, hereby give notice to the Court that they have reached

mutually agreeable settlements with Plaintiff Hope Blackley ("Blackley) in this action. This settlement will have no effect as to the claims asserted by Plaintiff Hope Blackley against the other defendants in this action. The settlement reached by McNamara, JMAC, and Blackley will resolve all claims by Blackley against McNamara and JMAC in this action. The parties are working diligently toward consummation of this settlement through execution of a settlement agreement, and the parties anticipate full-execution of the settlement agreement within the next thirty (30) days, at which time these parties will file a Stipulation of Dismissal of all claims asserted by Blackley against McNamara and JMAC in this action.

      This the 22nd day of September, 2020.

**GOLDBERG SEGALLA LLP**

/s/ David G. Harris II
David G. Harris II
S.C. Federal Bar No. 12039
Brady A. Yntema
N.C. State Bar No. 25771
701 Green Valley Road, Suite 310
Greensboro, NC  27408
Telephone:  336.419.4900
Facsimile:   336.419.4950
dharris@goldbergsegalla.com

*Attorneys for Defendants/Third-party Plaintiffs John N. McNamara and JMAC Environmental, LLC*