IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

CIVIL ACTION NO. 7:19-CV-01904-HMH

| | |
|---|---|
| Hope Blackley,<br><br>        Plaintiff,<br><br>   vs.<br><br>Spartanburg County, Terry O. Booker, Jeff Horton, David Britt, Katherine O'Neil, Mike Emory, Bob Walker, John N. McNamara, JMAC Environmental, LLC, and Asbestos Abatement Associates, Inc. d/b/a AAA Environmental,<br><br>        Defendants,<br><br>John N. McNamra and<br>JMAC Environmental, LLC<br><br>       Third-Party Plaintiffs,<br><br>v.<br><br>Advanced Environmental Services, LLC d/b/a Carolina Air Care, and Carolina Air Care.com, LLC f/ka Advanced Environmental Services, LLC d/b/a Carolina Air Care, Environmental Holdings Group, LC MP Services, LLC<br><br>       Third Party Defendants. | **NOTICE OF SETTLEMENT OF CLAIMS AGAINST ASBESTOS ABATEMENT ASSOCIATES, INC. D/B/A AAA ENVIRONMENTAL** |

      Defendant Asbestos Abatement Associates, Inc. d/b/a AAA Environmental, ("AAA") by and through its undersigned counsel, hereby gives notice to the Court that it has reached mutually agreeable settlements with Plaintiff Hope Blackley ("Blackley) in this action. This settlement will have no effect as to the claims asserted by Plaintiff Hope Blackley against the

other defendants in this action. The settlement reached by AAA and Blackley will resolve all claims by Blackley against AAA in this action. The parties are working diligently toward consummation of this settlement through execution of a settlement agreement, and the parties anticipate full-execution of the settlement agreement within the next thirty (30) days, at which time these parties will file a Stipulation of Dismissal of all claims asserted by Blackley against AAA in this action.

                         **ROGERS TOWNSEND, LLC**

                         _s/ Catherine A. Kopiec_____
                         R. Bryan Barnes (USDC Bar No. 1196)
                         Catherine Ava Kopiec (USDC Bar No. 11513)
                         **ROGERS TOWNSEND, LLC**
                         1221 Main Street, 14th Floor (29201)
                         Post Office Box 100200
                         Columbia, SC  29202
                         Main: (803) 771-7900; Fax: (803) 343-7013
                         R.Bryan.Barnes@rogerstownsend.com
                         Catherine.Kopiec@rogerstownsend.com

Columbia, South Carolina              *Attorneys for Asbestos Abatement Associates,*
September 22, 2020                       *Inc. d/b/a AAA Environmental*

16238349_1                                              2